IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.   Case No. GLR-22-0059

JOSEPH JEAN-PAUL

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by \_\_\_\_Courtney Francik, AFPD\_\_\_\_, and the Government was represented by Assistant United States Attorney \_\_\_\_Laura Ruppersberger\_\_\_\_, it is

**ORDERED,** this \_\_16th\_\_ day of \_\_May\_\_ \_\_2022\_\_, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Matthew J. Maddox
United States Magistrate Judge