IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | . | |
| v. | . | Criminal No. GLR-22-059 |
| **JOSEPH JEAN-PAUL** | . | |

### ORDER ON CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE

For the reasons stated in the Defendant's Consent Motion to Modify Conditions of Release, it is this _____ day of December 2022,

ORDERED that the Motion is GRANTED; it is further

ORDERED that Mr. Jean-Paul's conditions of release are hereby modified, and that Mr. Jean-Paul is permitted to leave his residence for activities specifically approved by U.S. Pretrial Services; and it is further

ORDERED that all other release conditions remain in full force and effect.

SO ORDERED.

_____
United States Magistrate Judge