

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Laura M. Ruppersberger* | *36 S. Charles Street* | *DIRECT: 410-209-4818* |
| *Special Assistant United States Attorney* | *Suite 400* | *MAIN: 410-209-4800* |
| *Laura.Ruppersberger@usdoj.gov* | *Baltimore, MD 21201-3119* | *FAX: 410-962-3124* |

January 10, 2023

The Honorable George L. Russell
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *United States v. Joseph Jean-Paul*
              Crim. No. GLR-22-59
              Joint Status Report

Dear Judge Russell:

      I write to update the Court on the status of Mr. Jean-Paul's case. On February 17, 2022, a grand jury sitting in the District of Maryland indicted the Defendant in a one-count indictment with a violation of 18 U.S.C. § 922(g) (possession of a firearm by a prohibited person). The Defendant had an initial appearance on that indictment on May 11, 2022, at which time the Defendant consented to temporary detention pending a detention hearing. A detention hearing was held before the Honorable J. Mark Coulson on July 6, 2022, at which time Judge Coulson ordered the Defendant be released subject to conditions to include 24-hour lock-down.

      Discovery was provided on June 10, 2022. The parties are still actively engaged in discussions regarding the potential pretrial resolution of this matter and require additional time to confer. Therefore, the parties do not currently need a trial date.

      The toll of the speedy trial clock ran on January 9, 2023. The Government is contemporaneously filing a Consent Motion to Exclude Time from January 9, 2023 through March 10, 2023. If the Court is amenable, counsel will provide another status update for the Court on or before March 10, 2023.

      Thank you for your attention to this matter. We are available at your convenience to address any questions or concerns you may have.

              Respectfully,

              Erek L. Barron
              United States Attorney

              _____/s/_____

Laura Ruppersberger
Special Assistant United States Attorney